# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARMANDO MONTALVO, As representative of the ESTATE OF NELSON MONTALVO, JR., Decedent, and for the benefit of NELSON MONTALVO, SR. AND MILAGROS MONTALVO, | § § § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. SA-09-CV-247-XR |
| WILLIAM STRICKLAND, MULLEN TRUCKING, L.P., and COUGAR CANYON TRUCKING, LTD., | § § § § § | |
| *Defendants*. | § | |

## ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day, the Court considered the Motion for Partial Summary Judgment filed by Defendants Mullen Trucking, L.P., and Cougar Canyon Trucking, Ltd. (Docket Entry No. 22). Plaintiff responded, declaring that he does not oppose this motion. Having considered the motion, the response, the exhibits provided by both parties, and the relevant authority, the Court hereby GRANTS Defendants' motion for partial summary judgment.

### Background

On December 10, 2008, Defendant William Strickland was driving a Western Star Conventional Diesel owned by Defendant Cougar Canyon Trucking, Ltd., when he struck the vehicle driven by Nelson Montalvo, Jr., resulting in Mr. Montalvo's death. The accident occurred at the intersection of Texas State Highway Loop 1604 and Texas State Highway 151 in San Antonio, Bexar County, Texas. Defendant Strickland is an owner-operator for Mullen Trucking, L.P.

Plaintiff Armando Montalvo filed suit as representative of the estate of the decedent, Nelson

Montalvo, Jr., and for the benefit of Nelson Montalvo, Sr., and Milagros Montalvo against Defendants William Strickland, Mullen Trucking L.P., and Cougar Canyon Trucking, Ltd., asserting claims for negligence and gross negligence.

**Procedural History**

Defendants Mullen Truckingez and Cougar Canyon Trucking filed a Motion for Partial Summary Judgment, arguing that evidence of non-vicarious negligence need not be considered by the jury. (Mot. for Partial Summ. J. (Dec. 9, 2009) [Docket Entry No. 22].) Plaintiff responded that he agrees "that this case involves the issue of negligence and/or gross negligence of the Mullen Trucking, L.P. statutory employee, William Strickland, and that non vicarious acts of negligence such as negligent supervision, training, retention and entrustment are not at issue at this time." (Resp. to Mot. for Partial Summ. J. (Dec. 11, 2009) [Docket Entry No. 24].)

**Legal Standard**

Summary judgment is appropriate if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law. FED. R. CIV. P. 56; *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986). The burden is on the moving party to show that "there is an absence of evidence to support the nonmoving party's case." *Freeman v. Tex. Dep't of Crim. Justice*, 369 F.3d 854, 860 (5th Cir. 2004) (citing *Celotex Corp. v. Catrett*, 477 U.S. 317, 325, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986)). Once the moving party meets its initial burden, the nonmoving party "must . . . set out specific facts showing a genuine issue for trial." FED. R. CIV. P. 56(e); *Forsyth v. Barr*, 19 F.3d 1527, 1537 (5th Cir. 1994).

## Analysis

Mullen Trucking and Cougar Canyon Trucking argue that they "accept responsibility for the conduct of [their] driver, William Strickland" and that "the doctrine of respondeat superior would make [them] liable anyway should the jury find [their] driver negligent." (Mot. at 4.) They argue that evidence of negligent supervision, negligent training or negligent retention would be "duplicitous and cumulative." (*Id.*) Defendants argue that there is no evidence that Mullen Trucking did anything that was the cause of the crash and that Plaintiff's own truck safety expert provided no opinions of independent negligent conduct on the part of either Mullen Trucking or Cougar Canyon. (*See* Mot. exs. A, B.)

Plaintiff states that "non vicarious acts of negligence . . . are not at issue at this time." (Resp. at 2.) Plaintiff includes expert reports which do not indicate independent negligence on the part of Mullen Trucking or Cougar Canyon. (*See* Resp. exs. A, B.)

## Conclusion

Defendants' Motion for Partial Summary Judgment is hereby GRANTED.

It is so ORDERED.

SIGNED this 14th day of December, 2009.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE